UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK DEPALMER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JIAN ZHU and JANE DOE ZHU, and the marital community composed thereof; AVIS BUDGET CAR RENTAL, LLC, a New Jersey company; and EMPLOYEES, COMPANIES, and CORPORATIONS A-E,<br><br>Defendants. | No. 2:19-cv-01449-JLR<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SERVE DEFENDANT ZHU** |

This matter comes before the Court on the Plaintiff's Unopposed Motion for Leave to Serve Defendant Zhu. The Court has reviewed and considered the files and pleadings in this case, including the following:

1. Plaintiff's Motion;

2. The Declaration of Michael Kittleson; and,

_____

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SERVE DEFENDANT ZHU     - 1



**EDWARD K. LE, PLLC**
**ATTORNEYS AT LAW**
135 Park Avenue North
Renton, WA 98057
(425) 336-2255

The Court hereby ORDERS that the Plaintiff's Unopposed Motion for Leave to Serve Defendant Zhu is GRANTED. Plaintiff shall be given leave of 90 days from the date of this order to complete service of the summons and complaint on Defendant Zhu.

DATED: __April 21, 2020__

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

SUBMITTED via e-filing:

EDWARD K. LE PLLC

_____
Edward K. Le, WSBA #27086
Michael Kittleson, WSBA #49628
Attorneys for Plaintiff

[PROPOSED] ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR LEAVE TO SERVE
DEFENDANT ZHU                                         - 2



EDWARD K. LE, PLLC
ATTORNEYS AT LAW
135 Park Avenue North
Renton, WA 98057
(425) 336-2255