1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

PATRICK DEPALMER,

                    Plaintiff,

        v.

JIAN ZHU, et al.,

                    Defendants.

CASE NO. C19-1449JLR

ORDER

15      Before the court is the parties' stipulated motion to extend the pre-trial schedule,

16   trial date, and related dates in this matter.  (Stip. Mot. (Dkt. # 34).)  The parties jointly

17   request a three-month extension of the remaining deadlines in the case schedule "due to

18   service issues with regard to foreign Defendant Jian Zhu."  (*Id.* at 1-2.)

19      On April 30, 2020, the court issued its scheduling order setting the trial for this

20   matter on July 12, 2021.  (*See* Sched. Order. (Dkt. # 21) at 1.)  Absent a showing of good

21   cause, the court does not grant "short" trial continuances.  Fed. R. Civ. P. 16(b)(4); (*see*

22   Sched. Order at 2 ("The court will alter these dates only upon good cause shown . . . .").)

ORDER - 1

1    The court understands and appreciates the difficulties involved with serving a foreign

2    defendant.  But due to continuances resulting from the COVID-19 pandemic, the court

3    has a full docket that would quickly fall into disarray if the court granted extensions to

4    every party who faced scheduling difficulties.  Thus, the court finds that the scheduling

5    challenges described by the parties do not constitute good cause to modify a case

6    schedule.  As such, the court DENIES the parties' stipulated motion (Dkt. # 34).

7       If the parties do not want to keep the current case schedule, the court will consider

8    moving the parties' trial date to the end of the court's trial calendar.  Maintaining the

9    current trial date or moving to the end of the court's trial calendar are the only two

10    options.  The court will not imperil the trial dates of other parties on the court's calendar

11    by granting the parties in this case a three-month extension.  If the parties wish to move

12    to the end of the trial calendar, they should file a new stipulated motion to that effect

13    within 14 days of the date of this order.  The parties should be aware that the court is

14    presently scheduling trials in the summer of 2022 and that the court expects to have a

15    backlog of cases to reschedule in light of the civil and criminal trial continuances

16    mandated by General Order No. 02-20 and subsequent general orders extending those

17    continuances.  *See* W.D. Wash. Gen. Order 02-20; *see also* W.D. Wash. Gen. Order

18    //

19    //

20    //

21    //

22    //

ORDER - 2

1    15-20.  If the court moves this matter to the end of its trial calendar, the court will also

2    issue a new scheduling order for all unexpired pretrial deadlines.

3          Dated this 21st day of December, 2020.

4

5

6

7          JAMES L. ROBART
           United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 3