Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PATRICK DEPALMER, an individual;

                         Plaintiff(s),

    v.

JIAN ZHU and JANE DOE ZHU, and the marital community composed thereof; AVIS BUDGET CAR RENTAL, LLC, a New Jersey company; and EMPLOYEES, COMPANIES, and CORPORATIONS A-E;

                         Defendant(s).

NO. 2:19-cv-01449-JLR

ORDER GRANTING STIPULATED MOTION TO MOVE TRIAL DATE TO THE END OF THE COURT'S TRIAL CALENDAR AND AMEND CASE SCHEDULE

      THIS MATTER having come before the above-entitled Court on the parties Stipulated Motion to Move Trial Date to the End of the Court's Trial Calendar and Amend Case Schedule, and the Court having considered the files and records herein, including:

      1.    Stipulated Motion to Move Trial Date to the End of the Court's Trial Calendar and Amend Case Schedule;

      2.    Pleadings and papers on file with the Court;

      3.    and being otherwise fully advised in the premises, now, therefore, it is hereby

ORDER GRANTING STIPULATED MOTION TO MOVE TRIAL DATE TO THE END OF THE COURT'S TRIAL CALENDAR AND AMEND CASE SCHEDULE - 1
10830-0013  Proposed Order
NO. 2:19-cv-01449-JLR

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1  ORDERED that the Stipulated Motion to Move Trial Date to the End of the Court's
2  Trial Calendar and Amend Case Schedule is hereby GRANTED. A new Trial Date of July 25,
3  2022 is set and a new Case Schedule will be issued.

4

5  DATED this 5th day of January, 2021.

6

7  _____
   Honorable James L. Robart
   U.S. District Court, Western District Judge
8

Presented by:
9  Presented by:

10  PREG O'DONNELL & GILLETT PLLC

11

12  By s/ Lauren S. Titchbourne
       Eric P. Gillett, WSBA #23691
       Lauren S. Titchbourne, WSBA #54565
13  Attorneys for Fifth-party Defendant Jian Zhu

14

15  Copy Received; Approved as to Form; Notice of Presentation Waived:

16  EDWARD K. LE, PLLC

17

18  By s/ Michel Kittleson
       Edward K. Le, WSBA #27086
       Michael Kittleson, WSBA #49628
19  Attorneys for Plaintiff Patrick Depalmer

20

21

22

23

24

25

ORDER GRANTING STIPULATED MOTION TO MOVE TRIAL DATE TO THE END OF THE COURT'S TRIAL CALENDAR AND AMEND CASE SCHEDULE - 2
10830-0013  Proposed Order
NO. 2:19-cv-01449-JLR

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

Copy Received; Approved as to Form; Notice of Presentation Waived:

FORSBERG & UMLAUF, P.S.

By s/ Alexandra E. Ormsby
    Roy A. Umlauf, WSBA #15437
    Alexandra E. Ormsby, WSBA #52677
Attorneys for Defendant Avis Budget Car Rental, LLC

ORDER GRANTING STIPULATED MOTION TO MOVE TRIAL DATE TO THE END OF THE COURT'S TRIAL CALENDAR AND AMEND CASE SCHEDULE - 3
10830-0013  Proposed Order
NO. 2:19-cv-01449-JLR

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113