**Honorable James L. Robart**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PATRICK DEPALMER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JIAN ZHU and JANE DOE ZHU, and the marital community composed thereof; AVIS BUDGET CAR RENTAL, LLC, a New Jersey company; and EMPLOYEES, COMPANIES, and CORPORATIONS A-E,<br><br>Defendants. | No. 2:19-cv-01449-JLR<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>**[CLERK'S ACTION REQUIRED]** |

## **STIPULATION**

The parties, by and through their respective counsel, hereby stipulate that all claims against plaintiff and defendants may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Dated this 4th day of May, 2021.                Dated this 4th day of May, 2021.

FORSBERG & UMLAUF, P.S.                         EDWARD K. LE, PLLC

_____               _____
Roy A. Umlauf, WSBA #15437                      Michael Kittleson, WSBA #49628
Alexandra E. Ormsby, WSBA #52677                Edward K. Le, WSBA #27086
Attorneys for Defendant Avis Budget Car         Attorneys for Plaintiff
Rental

Dated this 26th day of March, 2021.

PREG O'DONNELL & GILLETT, PLLC

_____
Eric P. Gillett, WSBA #23691
Lauren Titchbourne, WSBA #54565
Attorneys for Defendant Zhu

## ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

DONE this ___4th___ day of _____May_____, 2021.

_____
Honorable James L. Robart

*Presented by:*

FORSBERG & UMLAUF, P.S.

_____
Roy A. Umlauf, WSBA #15437
Alexandra E. Ormsby, WSBA #52677
Attorneys for Defendant Avis Budget Car
Rental

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – 2

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

2889702 / 1044.0042

| | |
|---|---|
| *Approved for Entry;*<br>*Notice of Presentation Waived:*<br><br>EDWARD K. LE, PLLC<br><br>_____<br>Michael Kittleson, WSBA #49628<br>Edward K. Le, WSBA #27086<br>Attorneys for Plaintiff | *Approved for Entry;*<br>*Notice of Presentation Waived:*<br><br>PREG O'DONNELL & GILLETT, PLLC<br><br>_____<br>Eric P. Gillett, WSBA #23691<br>Lauren Titchbourne, WSBA #54565<br>Attorneys for Defendant Zhu |

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE – 3

2889702 / 1044.0042

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX